United States District Court
Southern District of Texas
**ENTERED**
April 02, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

VALERIE ZAKAREVICZ, *et al.*,          §
                                        §
        Plaintiffs,                     §
                                        §
VS.                                     §          3:23-cv-400
                                        §
STATE FARM LLOYDS,                      §
                                        §
        Defendant.                      §

## <u>ORDER</u>

The court has been advised that the parties have reached a settlement. Accordingly, the court orders that all claims in the above-styled case are dismissed with prejudice to refiling, unless a party represents in a writing filed with the court on or before Monday, June 3, 2024, that the settlement could not be completely documented. If the parties wish the case disposed of on an agreed final judgment rather than this order, it must be submitted to the court on or before Monday, June 3, 2024.

Signed on Galveston Island this 2nd day of April, 2024.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE